## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

General Casualty Company of Wisconsin,

        Plaintiff,                                    Civil No. 07-3515 (RHK/AJB)

vs.                                                    **ORDER**

Wozniak Travel, Inc., d/b/a Hobbit
Travel, The Saul Zaentz Company, d/b/a
Tolkien Enterprises,

        Defendants.

---

      Plaintiff General Casualty's December 3, 2007, letter request to respond to Defendant Wozniak Travel, Inc.'s suggestion in its Reply Brief that this Court consider certifying certain questions to the Minnesota Supreme Court, is **GRANTED**. It, and any other party, may serve and file a written response no later than December 18, 2007, and there will be no additional briefing on the issue of certification.

      The December 13, 2007, hearing is **CANCELED**. The Court is available to hear the pending Motion on December 26, 27, 2007, or January 2, 3, or 4, 2008. Counsel shall confer regarding the new hearing date and advise Ms. Siebrecht (651-848-1166) of an agreed-upon date.

Dated: December 4, 2007

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge