# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

General Casualty Company of Wisconsin,

        Plaintiff,          Civil No. 07-3515 (RHK/AJB)

vs.          **ORDER**

Wozniak Travel, Inc., d/b/a Hobbit
Travel, The Saul Zaentz Company, d/b/a
Tolkien Enterprises,

        Defendants.

---

     There will be no further written submissions (letters, briefs, etc.) in connection with any pending motions without prior approval of the Court.

Dated: January 29, 2008

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge